# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SWARTWOOD, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al,<br><br>Defendants. | CASE NO: 12-CV-1665 W (BGS)<br><br>**ORDER TERMINATING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER [DOC. 81]** |

On October 24, 2014, Plaintiffs filed an ex parte application for a temporary restraining order. On October 29, 2014, the parties filed a joint motion to terminate the ex parte application. Accordingly, good cause appearing, the Court **GRANTS** the joint motion [Doc. 84] and **TERMINATES** Plaintiffs' ex parte application [Doc. 81].

**IT IS SO ORDERED.**

DATE: October 30, 2014

_____
Hon. Thomas J. Whelan
United States District Judge