# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SWARTWOOD; JOANNA SWARTWOOD; R.S., a minor and D.S., a minor, by and through their Guardian Ad Litem; Judy Swartwood,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY; POLINSKY CHILDRENS CENTER; MAYA BRYSON; WENDY CURIEL; KELLY ROLLINS; SUSAN SOLIS; AND DOES 1 TO 50, Inclusive,<br><br>Defendants. | No. 12cv1665-W(BGS)<br><br>**JOINT MOTION FOR COURT TO RULE ON PLAINTIFFS' PETITION FOR APPROVAL OF MINOR'S INTEREST IN SETTLEMENT**<br><br>Pretrial conference date: March 2, 2015<br>Trial Date:  None Set |

Plaintiffs STEVEN SWARTWOOD, JOANNA SWARTWOOD, and minors R.S. and D.S., by and through their Guardian Ad Litem Judy Swartwood, by and through their attorney of record, Paul W. Leehey; and Defendants COUNTY OF SAN DIEGO, MAYA BRYSON, WENDY CURIEL, KELLY ROLLINS, and SUSAN SOLIS, by and through their attorney of record, David L. Brodie ("Parties")hereby submit this joint motion requesting to Court to rule on the Plaintiffs' Petition for Approval of Minor's Interest in Settlement of Action to be submitted herewith.  The basis for this request is that the Parties have entered into a settlement agreement in the action, in which Defendants will

1 pay Plaintiffs $1.1 Million once the Plaintiffs' Petition for Approval of the Minor's
2 Interest has been approved by the Court and thereafter will jointly move that the Court
3 enter Final Judgment in this matter as to certain matters and dismiss the remainder of the
4 matter, pursuant to Federal Rules of Civil Procedure Rule 41.

5      Pursuant to that settlement agreement, Defendants have agreed that the amount to
6 be allocated to the minors will be determined by Plaintiffs, subject to the Court's
7 approval. Based upon the foregoing, the Parties request this Court to approve Plaintiffs'
8 Petition for Approval of Minor's Interest in Settlement of Action submitted herewith.

Dated: February 13, 2015        THOMAS E. MONTGOMERY, County Counsel

By: s/*David L. Brodie*
DAVID L. BRODIE, Senior Deputy
Attorneys for Defendants

Dated: February 13, 2015        LAW OFFICES OF PAUL W. LEEHEY

By: s/*Paul W. Leehey*
Paul W. Leehey, Esq.
Attorney for Plaintiffs

    I, PAUL W. LEEHEY, hereby certify that the content of this joint motion is acceptable to all parties required to sign this joint motion.  All parties authorize Plaintiffs' Counsel to affix their CM/ECF electronic signature to this joint motion.

Dated: February 13, 2015        LAW OFFICES OF PAUL W. LEEHEY

By: s/*Paul W. Leehey*
Paul W. Leehey, Esq.
Attorney for Plaintiffs