1
2
3
4
5
6
7

8          **UNITED STATES DISTRICT COURT**

9          **SOUTHERN DISTRICT OF CALIFORNIA**

10  STEVEN SWARTWOOD; JOANNA          )    No. 12cv1665-W(BGS)
    SWARTWOOD; R.S., a minor and D.S., )
11  a minor, by and through their Guardian Ad )
    Litem; Judy Swartwood,             )    **JOINT MOTION TO ENTER FINAL**
12                                      )    **JUDGMENT AS TO *MONELL* CLAIM**
             Plaintiffs,               )    **ON COUNTY'S POLICIES ON**
13                                      )    **MEDICAL EXAMINATIONS OF**
                                        )    **CHILDREN AND TO DISMISS**
14       v.                            )    **REMAINDER OF ACTION**
                                        )
15                                      )
    COUNTY OF SAN DIEGO; SAN DIEGO )        Pretrial conference date: March 2, 2015
16  HEALTH AND HUMAN SERVICES     )        Trial Date: None Set
    AGENCY; POLINSKY CHILDRENS    )
17  CENTER; MAYA BRYSON; WENDY     )
    CURIEL; KELLY ROLLINS; SUSAN   )
18  SOLIS; AND DOES 1 TO 50, Inclusive, )
                                        )
19           Defendants.               )
    _____ )
20

21          Plaintiffs STEVEN SWARTWOOD, JOANNA SWARTWOOD, and minors R.S.

22  and D.S., by and through their Guardian Ad Litem Judy Swartwood, by and through their

23  attorney of record, Paul W. Leehey; and Defendants COUNTY OF SAN DIEGO, MAYA

24  BRYSON, WENDY CURIEL, KELLY ROLLINS, and SUSAN SOLIS, by and through

25  their attorney of record, David L. Brodie ("Parties") have reached a settlement in the

26  action, in which they jointly move that the Court enter Final Judgment in this matter as

27  detailed below and dismiss the remainder of the matter, pursuant to Federal Rules of

28  Civil Procedure Rule 41, as follows:

(1)  Sign and enter as the final Judgment of this Court the enclosed Judgment as to Sections III. D. and IV. 3. of the Court's ruling on the parties' motions for summary judgment entered September 30, 2014 (Order: (1) Granting in Part and Denying in Part Defendants' Motion for Partial Summary Judgment [Doc. 42]; (2) Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment Against the Individual Defendants [Doc. 45]; and (3) Granting Plaintiffs' Motion for Partial Summary Judgment Against The County Defendants [Doc. 46]) (Doc 76);

(2)  Dismiss all claims against Defendants Maya Bryson, Wendy Curiel, Kelly Rollins, and Susan Solis with prejudice; and

(3)  Dismiss claims of Assault, Battery, False Imprisonment, Intentional Infliction of Emotional Distress, and violation of State Civil Rights (Civil Code §§ 43 and 52.1) against Defendant County of San Diego with prejudice.

Dated: March 23, 2015          THOMAS E. MONTGOMERY, County Counsel

By: */s/ David L. Brodie*
DAVID L. BRODIE, Senior Deputy
Attorneys for Defendants

Dated: March 23, 2015          LAW OFFICES OF PAUL W. LEEHEY

By: */s/ Paul W. Leehey*
Paul W. Leehey, Esq.
Attorney for Plaintiffs

I, PAUL W. LEEHEY, hereby certify that the content of this joint motion is acceptable to all parties required to sign this joint motion.  All parties authorize Plaintiffs Counsel to affix their CM/ECF electronic signature to this joint motion.

Dated: March 23, 2015          LAW OFFICES OF PAUL W. LEEHEY

By: */s/ Paul W. Leehey*
Paul W. Leehey, Esq.
Attorney for Plaintiffs